BIRNEY v. SOUTH NEW ORLEANS LIGHT AND TRACTION CO.

(June 20, 1927. Opinion and Decree.)
(July 14, 1927. Rehearing Refused.)

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Appeal—Par. 637.**
Where judgment of trial court is clearly excessive the amount of damages allowed will be reduced.

Appeal from Civil District Court. Div. "B". Hon. M. M. Boatner, Judge.

Action by T. J. Birney, plaintiff and appellee, against South New Orleans Light and Traction Co., defendant and appellant.

There was judgment for plaintiff and defendant appealed.

Judgment amended and affirmed.

J. D. McGovern, H. J. Miller, J. A. Morales, of New Orleans, attorneys for plaintiff, appellee.

McCaleb and McCaleb, of New Orleans, attorneys for defendant, appellant.

WESTERFIELD, J. Plaintiff's automobile was damaged under circumstances which, admittedly, involve defendant's responsibility.

The cost of repairing the car has been estimated at $10.00 by an expert testifying in defendant's behalf and at $134.00 by an expert testifying for plaintiff. The trial judge allowed $109.00.

We have concluded to reduce the amount to $44.00, consequently, the judgment appealed from will be amended accordingly. The defendant to pay all costs.